```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

MICHAEL PERRY and KARLA PERRY                       PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:22-cv-389-TSL-MTP

MERCEDES-BENZ USA, LLC                               DEFENDANT

ORDER

This cause came on this date to be heard upon the February 7, 2023 report and recommendation of United States Magistrate Judge Michael T. Parker, recommending that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiffs' failure to prosecute this action and comply with the Court's orders entered December 14, 2022 and January 17, 2023.  The court, having fully reviewed the report and recommendation entered in this cause being duly advised in the premises, and there being no objection filed by plaintiffs, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Michael T. Parker entered February 7, 2023, be, and the same is hereby adopted as the finding of this court, and therefore, the complaint is dismissed without prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of February, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE